129 F.3d 617
 Lawrence Robbins, C. Alan Peck, George Levy, Max Bloom,
Alfred Edwards, Leonard J. Goldfarb, Milton Stark, Richard
Swire, Andrew Mastrangelo, Irving Metzner, Charles Carroll,
Thomas Farber, Vincent R. Scala, Betty R. Ramsey, Sidney
Field, Mitchell State, Abraham Galfunt, Robert I. Shane, Eva
Shane, John A. Brooks, Marian J. Brooks, Leander H.
Peterson, Herbert J. Zeiss, Mary Alice Johnson, Howard
Perlman, Victor L. Mesaros, R. Bruce Simpson, Trust
v.
Koger
 NOS. 95-2882, 95-3069
 United States Court of Appeals,
Eleventh Circuit.
 Oct 20, 1997
 M.D.Fla., 116 F.3d 1441
 
 1
 DENIALS OF REHEARING EN BANC.